**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Ivan RAMOS, Defendant–Appellant.**

No. 10–10950
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 21, 2011.

Susan Cowger, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender, Sam L. Ogan, Assistant Federal Public Defender, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and STEWART and SOUTHWICK, Circuit Judges.

---

PER CURIAM: *

The Federal Public Defender appointed to represent Ivan Ramos has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Ramos has filed a response requesting the appointment of new counsel. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Ramos's response. We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, Ramos's request for new counsel is DENIED, and the APPEAL IS DISMISSED. *See* 5th Cir. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

